IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALBERT POON,

        Plaintiff,                      No. CIV S-07-1123 MCE KJM P

        vs.

CALIFORNIA STATE PRISONS, et al.,

        Defendants.

                                /   ORDER

        Plaintiff is a state prisoner proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

        Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). Accordingly, the request to proceed in forma pauperis will be granted.

        Plaintiff is required to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. § 1914(a), 1915(b)(1). Plaintiff has been without funds for six months and is currently without funds. Accordingly, the court will not assess an initial partial filing fee. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments of twenty percent of the preceding month's income credited to plaintiff's prison trust account. These payments shall be

1

1  collected and forwarded by the appropriate agency to the Clerk of the Court each time the
2  amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full.  28 U.S.C.
3  § 1915(b)(2).

4        Plaintiff's complaint states cognizable claims for relief pursuant to 42 U.S.C.
5  § 1983 and 28 U.S.C. § 1915A(b).  If the allegations of the complaint are proven, plaintiff has a
6  reasonable opportunity to prevail on the merits of his Eighth Amendment and Americans with
7  Disabilities Act claims against defendants Durfey, Good, Cummins and Singh.  Therefore, the
8  court will order service of process with respect to these claims.  With respect to the other claims
9  and defendants identified in plaintiff's complaint, plaintiff's complaint fails to state a claim upon
10 which relief can be granted.

11       Plaintiff has requested the appointment of counsel.  The United States Supreme
12 Court has ruled that district courts lack authority to require counsel to represent indigent
13 prisoners in § 1983 cases.  Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989).  In
14 certain exceptional circumstances, the court may request the voluntary assistance of counsel
15 pursuant to 28 U.S.C. § 1915(e)(1).  Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991);
16 Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  In the present case, the court
17 does not find the required exceptional circumstances.  Plaintiff's motion for the appointment of
18 counsel will therefore be denied.

19       In accordance with the above, IT IS HEREBY ORDERED that:
20       1.  Plaintiff's request for leave to proceed in forma pauperis is granted.
21       2.  Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.
22 The fee shall be collected and paid in accordance with this court's order to the Director of the
23 California Department of Corrections and Rehabilitation filed concurrently herewith.
24       3.  Service is appropriate for the following defendants:  Durfey, Good, Cummins
25 and Singh.
26 /////

1           4.  The Clerk of the Court shall send plaintiff four USM-285 forms, one

2   summons, an instruction sheet and a copy of the complaint filed June 12, 2007.

3           5.  Within thirty days from the date of this order, plaintiff shall complete the

4   attached Notice of Submission of Documents and submit the following documents to the court:

5               a.  The completed Notice of Submission of Documents;

6               b.  One completed summons;

7               c.  One completed USM-285 form for each defendant listed in number 3

8               above; and

9               d.  Five copies of the endorsed complaint filed June 12, 2007.

10          6.  Plaintiff need not attempt service on defendants and need not request waiver of

11  service.  Upon receipt of the above-described documents, the court will direct the United States

12  Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4

13  without payment of costs.

14          7.  Plaintiff's July 12, 2007 request for the appointment of counsel is denied.

15  DATED:  November 16, 2007.

16
17                              U.S. MAGISTRATE JUDGE

18  1
   poon1123.1(6.12.07)
19

3

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALBERT POON,

      Plaintiff,                                No. CIV-S-07-1123 MCE KJM P

      vs.

CALIFORNIA STATE PRISONS, et al.,      NOTICE OF SUBMISSION

      Defendants.                       OF DOCUMENTS

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      _____ completed summons form

      _____ completed USM-285 forms

      _____ copies of the _____
                                     Complaint

DATED:

                                                                   Plaintiff