IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ALBERT POON,** | 2:07-CV-1123 MCE KJM P |
| Plaintiff, | **ORDER GRANTING REQUEST FOR AN EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| **CALIFORNIA STATE PRISONS, et al.,** | |
| Defendants. | |

Defendants request a one-week extension of time to move for summary judgment. Good cause appearing, Defendants' motion for summary judgment filed August 27, 2008 (docket no. 20) is deemed timely.

**IT IS SO ORDERED.**

Dated: August 28, 2008.

_____
U.S. MAGISTRATE JUDGE

Order Granting Request for an Extension of Time to File Their Motion for Summary Judgment

1