IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ALBERT POON,**<br><br>              Plaintiff,<br><br>       v.<br><br>**CALIFORNIA STATE PRISONS, et al.,**<br><br>              Defendants. | CASE NO.: 2:07-CV-1123 MCE KJM P<br><br>**ORDER GRANTING REQUEST FOR AN EXTENSION OF TIME TO REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** |

Defendants request a two-week extension of time to reply to Plaintiff's opposition to Defendants' motion for summary judgment. Good cause appearing, Defendants are granted a two-week extension of time, to and including, Friday, October 3, 2008, to reply.

**DATED:** September 25, 2008.

_____
U.S. MAGISTRATE JUDGE