1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10                           SACRAMENTO DIVISION

11

**ALBERT POON,**                              CASE NO.: 2:07-CV-1123 MCE KJM P

                                  Plaintiff,   **ORDER GRANTING MOTION TO**
                                               **VACATE SCHEDULING**
        **v.**                                 **ORDER**

**CALIFORNIA STATE PRISONS, et al.,**

                                  Defendants.

17        Defendants moved to modify the March 6, 2008, scheduling order (Docket No. 27).

18   Good cause appearing, the Court's March 6, 2008, scheduling order is vacated concerning dates

19   for pretrial statements, pretrial conference, and trial, pending hearing of Defendants' motion for

20   summary judgment.

21        **IT IS SO ORDERED.**

22   Dated:  November 19, 2008.

23                                             _____
                                               U.S. MAGISTRATE JUDGE
24

25

26

27

28

Order Granting Motion to Vacate Scheduling Order