1

2

3

4

5

6

7

8                                  IN THE UNITED STATES DISTRICT COURT

9                                FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ALBERT POON,

11             Plaintiff,                              No. CIV S-07-1123 MCE KJM P

12        vs.

13   DURFEY, et al.,

14             Defendants.                    ORDER

15   _____/

16             A review of the Kern County Sheriff's website indicates that plaintiff no longer

17   resides at the Kern County Jail.  Good cause appearing, IT IS HEREBY ORDERED that plaintiff

18   provide the court with his current address within ten days.  Plaintiff's failure to comply with this

19   order will result in a recommendation that this action be dismissed without prejudice under Rule

20   41(b) of the Federal Rules of Civil Procedure.

21   DATED: August 21, 2009.

22                                                    _____

23                                                    U.S. MAGISTRATE JUDGE

24   1/kly
     poon1123.33a

25

26

                                                   1