IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALBERT POON,

          Plaintiff,                No. CIV S-07-1123 MCE KJM P

     vs.

DURFEY, et al.,

          Defendants.          <u>ORDER TO SHOW CAUSE</u>

_____/

        A review of court records indicates that plaintiff has been deported to China. Because the court is ready to set a trial date in this matter, and it does not appear plaintiff will be able to appear for trial, IT IS HEREBY ORDERED that plaintiff show cause within 45 days why this action should not be dismissed.  Plaintiff's failure to respond to this order will result in a recommendation that this action be dismissed.

DATED: September 21, 2009.

1
poon1123.osc

1